AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KRISSANDRA M. MOORE**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **SEPTEMBER 28, 2007**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**by extortion, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of SunTrust Bank, the deposits of which were the insured by the Federal Deposits Insurance Corporation.**

in violation of Title   **18**   United States Code, Section(s)   **2113(a)**  .

I further state that I am   **DETECTIVE JAMES D. WRIGHT**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE JAMES D. WRIGHT**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at   Washington, D.C.
Date                                                                                          City and State

_____           _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

## STATEMENT OF FACTS

On September 28, 2007, at approximately 2:15 pm, the defendant Krissandra Moore ("Ms. Moore"), entered the Sun Trust Bank ("the Bank") located at 1571 Alabama Ave., S.E., in Washington, D.C., with the intent to obtain money belonging to the Sun Trust Bank by illegal means. To that end, Ms. Moore entered the Bank carrying a blue-colored shopping bag and approached a Bank teller and told the Bank teller to fill up the blue shopping bag with money. Ms. Moore told the Bank teller essentially that a man was holding Ms. Moore's daughter and would kill Ms. Moore's daughter if Ms. Moore was not successful in obtaining the bag-full of the Bank's money. A Bank employee caused the alarm to be activated and members of the Metropolitan Police Department ("MPD") responded to the Bank and interviewed Ms. Moore on the scene inside of the Bank and later at MPD Headquarters. Ms. Moore provided a statement to members of MPD in which, among other things, she admitted her culpability in a scheme to obtain illegally the money of the Bank and confirmed that her daughter was never at risk; Ms. Moore advised that her claim to the Bank teller that her daughter's life was at stake was a fabrication intended to cause the Bank teller to give Ms. Moore the Bank's money. Ms. Moore implicated two other individuals with whom she had conspired in this scheme.

_____
DETECTIVE JAMES D. WRIGHT
METROPOLITAN POLICE DEPARTMENT

SWORN and SUBSCRIBED BEFORE ME on this 1st day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE